JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5798FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| CHARLES W. WARREN, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, and the Defendant's Waiver of Speedy Trial Rights, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial in this matter be continued to July 17,

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                              1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

2006, at 9:00 a.m., with a Pretrial Conference scheduled for July 7, 2006.

The period of delay resulting from this continuance of the trial date from April 24, 2006 up to and including the new trial date of July 17, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

The pretrial motions deadline is extended to May 8, 2006.

DONE this 13th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
MIRIAM F. SCHWARTZ
Attorney for Defendant


/s/
GREGORY A. GRUBER
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710